| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | Eric R Zimmerman<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–9128<br>EIN: __–_____ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter:   7   11/6/23 |
| Case number: | 23–22386–GLT | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline            10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Eric R Zimmerman | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 317 Snowberry Circle<br>Venetia, PA 15367 | |
| 4. | **Debtor's attorney**<br>Name and address | Christian M Rieger<br>Law Office of Christian M. Rieger<br>2403 Sidney Street<br>Suite 214<br>Pittsburgh, PA 15203 | Contact phone 412–381–8809<br>Email: criegerlaw@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Pamela J. Wilson<br>810 Vermont Avenue<br>Pittsburgh, PA 15234 | Contact phone 412–341–4323<br>Email: pwilson@pjwlaw.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**            page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office:<br>9:00a.m. – 4:30p.m. Erie Office:<br>9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 11/7/23 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 15, 2023 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline: 2/13/24**<br><br><br><br><br><br><br><br><br><br>**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                              page **2**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22386-GLT |
| Eric R Zimmerman | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 07, 2023 | Form ID: 309A | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric R Zimmerman, 317 Snowberry Circle, Venetia, PA 15367-1045 |
| 15654650 | + | Christina Zimmerman, 317 Snowberry Circle, Venetia, PA 15367-1045 |
| 15654662 | #+ | New Health Systems LLC, 733 Washington Road, Suite 303, Pittsburgh, PA 15228-2030 |
| 15654669 | + | UPMC Physician Services, P.O. Box 371842, Pittsburgh, PA 15250-7842 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: kebeck@bernsteinlaw.com | Nov 08 2023 00:27:00 | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219 |
| aty | | Email/Text: criegerlaw@gmail.com | Nov 08 2023 00:27:00 | Christian M Rieger, Law Office of Christian M. Rieger, 2403 Sidney Street, Suite 214, Pittsburgh, PA 15203 |
| tr | + | EDI: QPJWILSON.COM | Nov 08 2023 05:12:00 | Pamela J. Wilson, 810 Vermont Avenue, Pittsburgh, PA 15234-1222 |
| smg | | EDI: PENNDEPTREV | Nov 08 2023 05:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 08 2023 00:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 08 2023 05:12:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 08 2023 00:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Nov 08 2023 00:28:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Nov 08 2023 00:27:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15654647 | + | Email/PDF: bncnotices@becket-lee.com | Nov 08 2023 00:32:17 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15654648 | + | EDI: PHINAMERI.COM | Nov 08 2023 05:12:00 | Americredit/GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |

Case 23-22386-GLT   Doc 11   Filed 11/09/23   Entered 11/10/23 00:26:53   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 07, 2023 | Form ID: 309A | Total Noticed: 32 |

| Recipient # | | Method | Date/Time | Address |
|---|---|---|---|---|
| 15654649 | + | EDI: BANKAMER.COM | Nov 08 2023 05:12:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 15654653 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 08 2023 00:27:00 | Citizens Bank NA, One Citizens Plaza, Providence, RI 02903 |
| 15654651 | + | EDI: CITICORP.COM | Nov 08 2023 05:12:00 | Citi, P.O. Box 6190, Sioux Falls, SD 57117-6190 |
| 15654652 | + | EDI: CITICORP.COM | Nov 08 2023 05:12:00 | Citi Cards/Citibank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 15654655 | | EDI: DISCOVER.COM | Nov 08 2023 05:12:00 | Discover Bank, P.O. Box 15316, Wilmington, DE 19850 |
| 15654654 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 08 2023 00:27:00 | Cross Country Mortgage, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 15654656 | + | EDI: DISCOVER.COM | Nov 08 2023 05:12:00 | Discover Bank, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 15654657 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 08 2023 00:27:00 | Goldman Sachs and Co, P.O. Box 70321, Philadelphia, PA 19176-0321 |
| 15654658 | + | EDI: CITICORP.COM | Nov 08 2023 05:12:00 | Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15654659 | | EDI: JPMORGANCHASE | Nov 08 2023 05:12:00 | JPMC Card, P.O. Box 15369, Wilmington, DE 19850 |
| 15654660 | + | EDI: LENDNGCLUB | Nov 08 2023 05:12:00 | Lending Club Corp, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 15654661 | + | EDI: CITICORP.COM | Nov 08 2023 05:12:00 | Macys/CBNA, P.O. Box 6789, Sioux Falls, SD 57117-6789 |
| 15654663 | + | Email/Text: bankruptcy@ondeck.com | Nov 08 2023 00:28:00 | OnDeck / ODK Capital LLC, 4700 W. Daybreak Parkway, Suite 200, ATTN: BANKRUPTCY NOTICING, South Jordan, UT 84009-5133 |
| 15654664 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 08 2023 00:27:00 | PNC Bank, P.O. Box 5580, Cleveland, OH 44101 |
| 15654665 | ^ | MEBN | Nov 08 2023 00:13:11 | Prosper MarketPlace Inc, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 15654666 | + | EDI: RMSC.COM | Nov 08 2023 05:12:00 | SYNCB/PPC, P.O. Box 530975, Orlando, FL 32896-0001 |
| 15654668 | ^ | MEBN | Nov 08 2023 00:13:20 | TD Bank, P.O. Box 1448, Greenville, SC 29602-1448 |
| 15654667 | + | EDI: WTRRNBANK.COM | Nov 08 2023 05:12:00 | Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 15654670 | + | EDI: WFFC2 | Nov 08 2023 05:12:00 | WF PLL, P.O. Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 23-22386-GLT    Doc 11    Filed 11/09/23    Entered 11/10/23 00:26:53    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 07, 2023 | Form ID: 309A | Total Noticed: 32 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2023         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|

Christian M Rieger
    on behalf of Debtor Eric R Zimmerman criegerlaw@gmail.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
    pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

TOTAL: 4