UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 23-22386-GLT

ERIC R. ZIMMERMAN  Chapter 7

    Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), ACAR Leasing LTD d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    ACAR Leasing LTD d/b/a GM Financial Leasing
    PO Box 183853
    Arlington, TX  76096


By  /s/  Lorenzo Nunez

    Lorenzo Nunez
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    LeaseSvcBnkrpcy@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 23-22386-GLT

ERIC R. ZIMMERMAN  Chapter 7

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on November 20, 2023 :

    CHRISTIAN M RIEGER      Pamela J. Wilson
    2403 SIDNEY ST      810 Vermont Avenue
    PITTSBURGH, PA  15203      Pittsburgh, PA 15234

By /s/ Lorenzo Nunez
    Lorenzo Nunez

xxxxx12160 / 1081494