**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Eric R Zimmerman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9128<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 23–22386–GLT | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Eric R Zimmerman

2/14/24

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 23-22386-GLT
Eric R Zimmerman  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin      Page 1 of 3
Date Rcvd: Feb 14, 2024      Form ID: 318      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric R Zimmerman, 317 Snowberry Circle, Venetia, PA 15367-1045 |
| 15654650 | + | Christina Zimmerman, 317 Snowberry Circle, Venetia, PA 15367-1045 |
| 15654662 | #+ | New Health Systems LLC, 733 Washington Road, Suite 303, Pittsburgh, PA 15228-2030 |
| 15654669 | + | UPMC Physician Services, P.O. Box 371842, Pittsburgh, PA 15250-7842 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Feb 15 2024 05:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 15 2024 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Feb 15 2024 05:12:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 15 2024 00:22:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr + | EDI: PHINAMERI.COM | Feb 15 2024 05:12:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| cr + | Email/Text: jdryer@bernsteinlaw.com | Feb 15 2024 00:22:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15659628 + | EDI: PHINAMERI.COM | Feb 15 2024 05:12:00 | ACAR Leasing Ltd. d/b/a GM Financial, P O Box 183853, Arlington, TX 76096-3853 |
| 15654647 + | Email/PDF: bncnotices@becket-lee.com | Feb 15 2024 00:46:38 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15654648 + | EDI: PHINAMERI.COM | Feb 15 2024 05:12:00 | Americredit/GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 15654649 + | EDI: BANKAMER | Feb 15 2024 05:11:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 15654653 | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 15 2024 00:22:00 | Citizens Bank NA, One Citizens Plaza, Providence, RI 02903 |
| 15654651 + | EDI: CITICORP | | |

Case 23-22386-GLT   Doc 20   Filed 02/16/24   Entered 02/17/24 00:28:12   Desc Imaged
                              Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 14, 2024 | Form ID: 318 | Total Noticed: 30 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15654652 | + | EDI: CITICORP | Feb 15 2024 05:11:00 | Citi, P.O. Box 6190, Sioux Falls, SD 57117-6190 |
| 15654655 | | EDI: DISCOVER | Feb 15 2024 05:11:00 | Citi Cards/Citibank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| | | | Feb 15 2024 05:11:00 | Discover Bank, P.O. Box 15316, Wilmington, DE 19850 |
| 15654654 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 15 2024 00:22:00 | Cross Country Mortgage, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 15654656 | + | EDI: DISCOVER | Feb 15 2024 05:11:00 | Discover Bank, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 15654657 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 15 2024 00:22:00 | Goldman Sachs and Co, P.O. Box 70321, Philadelphia, PA 19176-0321 |
| 15654658 | + | EDI: CITICORP | Feb 15 2024 05:11:00 | Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15654659 | | EDI: JPMORGANCHASE | Feb 15 2024 05:11:00 | JPMC Card, P.O. Box 15369, Wilmington, DE 19850 |
| 15654660 | + | EDI: LENDNGCLUB | Feb 15 2024 05:11:00 | Lending Club Corp, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 15654661 | + | EDI: CITICORP | Feb 15 2024 05:11:00 | Macys/CBNA, P.O. Box 6789, Sioux Falls, SD 57117-6789 |
| 15654663 | + | Email/Text: bankruptcy@ondeck.com | Feb 15 2024 00:23:00 | OnDeck / ODK Capital LLC, 4700 W. Daybreak Parkway, Suite 200, ATTN: BANKRUPTCY NOTICING, South Jordan, UT 84009-5133 |
| 15654664 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 15 2024 00:22:00 | PNC Bank, P.O. Box 5580, Cleveland, OH 44101 |
| 15654665 | ^ | MEBN | Feb 15 2024 00:12:32 | Prosper MarketPlace Inc, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 15654666 | + | EDI: SYNC | Feb 15 2024 05:11:00 | SYNCB/PPC, P.O. Box 530975, Orlando, FL 32896-0001 |
| 15654668 | ^ | MEBN | Feb 15 2024 00:13:03 | TD Bank, P.O. Box 1448, Greenville, SC 29602-1448 |
| 15654667 | + | EDI: WTRRNBANK.COM | Feb 15 2024 05:12:00 | Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 15654670 | + | EDI: WFFC2 | Feb 15 2024 05:12:00 | WF PLL, P.O. Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CrossCountry Mortgage, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0315-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 14, 2024 | Form ID: 318 | Total Noticed: 30 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2024                              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christian M Rieger | on behalf of Debtor Eric R Zimmerman criegerlaw@gmail.com |
| Denise Carlon | on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | pwilson@pjwlaw.net  pwilson@ecf.axosfs.com |

TOTAL: 5